THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALLEN RATLIFF, Defendant-Appellant.

(No. 55461; )

First District—June 4, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE DRUCKER.

Gerald W. Getty, Public Defender, of Chicago, (John T. Moran, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle, Assistant State's Attorney, of counsel,) for the People.